FIFTH DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

Case No. 5D2025-3045
LT Case No. 2016-CF-005817-A
_____

BRANDON BAILEY,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
London M. Kite, Judge.

Brandon Bailey, Milton, pro se.

James Uthmeier, Attorney General, and Anne C. Conley,
Assistant Attorney General, Tallahassee, for Appellee.


July 10, 2026


PER CURIAM.

    This Court previously affirmed the trial court's order denying Appellant's motion to correct illegal sentence in Duval County Circuit Court Case No. 2016-CF-005817-A. Because it appears that Appellant's filings are abusive, repetitive, malicious, or frivolous, Appellant is cautioned that any further similarly inappropriate pro se filings in this Court asserting claims

stemming from Duval County Circuit Court Case No. 2016-CF-005817-A may result in sanctions such as a bar on pro se filing in this Court and referral to prison officials for disciplinary proceedings, which may include forfeiture of gain time. *See* § 944.279(1), Fla. Stat. (2020); *State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

APPELLANT CAUTIONED.

EDWARDS, HARRIS, and MACIVER, JJ., concur.